**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 NOV 18 AM 10: 48

Civil Action No. _____

(To be supplied by the court)

David Anthony Wolfe _____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
\_X\_ Yes \_\_\_ No

United Airlines, Inc. _____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above caption must be
identical to those contained in Section B. Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

**David Anthony Wolfe**    1610 AJAX ST STRASBURG, CO 80136
(Name and complete mailing address)

 303 596 4258 – tigershilone@gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    United Airlines, Inc., 233 S. Wacker Drive, Chicago, IL 60606
(Name and complete mailing address)

 800 864 8331; JobAccommodation@united.com
(Telephone number and e-mail address if known)

Defendant 2:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____X    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
(employment discrimination on the basis of race, color, religion, sex, or national origin)

____X    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____    Other: (*please specify*) _____

2

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Religious and Disability Discrimination and <u>Retaliation</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

    ____ failure to hire            ____ different terms and conditions of employment

    ____ failure to promote           __X__ failure to accommodate disability

    ____ termination of employment     ____ retaliation

    __X__ other: (*please specify*) <u>I was forced against my will to undergo a Covid 19</u> <u>immunization.</u>

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    ____ race       __X__ religion     ____ national origin     ____ age

    ____ color       ____ sex       __X__ disability

    Supporting facts:

Please see attached EEOC Form 5 explaining my religious, disability and retaliation claims.

3

## E.     ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

      __X__ Yes  (***You must attach a copy of the administrative charge to this complaint***)

      ___ No

Have you received a notice of right to sue? (*check one*)

      ___X Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

      ___ No

## F.     REQUEST FOR RELIEF
*State the relief you are requesting or what you want the court to do.  If additional space is needed
to identify the relief you are requesting, use extra paper to request relief.  Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."*

I am seeking $300,000 in compensatory damages and $200,000 in punitive damages

## G.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

4

_18 NOV 2025_
_____
(Date)

(Revised February 2022)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
| --- | --- | --- |

| | | and EEOC |
| --- | --- | --- |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>International Brotherhood of Teamsters ("IBT"), Airline Division | Home Phone (incl. Area Code)<br>(202) 624-6848 | Date of Birth<br>N/A |
| --- | --- | --- |

| Street Address | City, State and ZIP Code |
| --- | --- |
| 25 Louisiana Avenue, N.W., Washington DC, 20001 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name<br>United Airlines, Inc. | No. Employees, Members<br>70,000+ | Phone No. (incl. Area Code) |
| --- | --- | --- |

| Street Address | City, State and ZIP Code |
| --- | --- |
| 233 S. Wacker Drive, Chicago, IL 60606 | |

| Name<br>DAVID WOLFE | No. Employees, Members | Phone No. (incl. Area Code)<br>(303) 596-4258 |
| --- | --- | --- |

| Street Address | City, State and ZIP Code |
| --- | --- |
| 1610 AJAX ST    STRASBURG, CO  80136 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE    ☐ COLOR    ☐ SEX    ☒ RELIGION    ☐ NATIONAL ORIGIN

☒ RETALIATION    ☐ AGE    ☒ DISABILITY    ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 09/10/2021    Latest Present

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

The International Brotherhood of Teamsters ("IBT") is the collective bargaining representative of Airline Technicians and related employees, and Flight Simulator Technicians and related employees, of United Airlines, Inc. ("United") nationwide. United and the IBT are parties to a collective bargaining agreement ("CBA") effective December 5, 2016 and which becomes amendable on December 5, 2022.

This Charge concerns United's placement of certain IBT-represented Technicians on involuntary, indefinite, and unpaid leave.

In August 2021 United announced a Covid-19 vaccination mandate for employees, including IBT-represented Technicians, requiring that they receive their first vaccine shot by September 27, 2021 and be fully vaccinated within five weeks, or face separation from the Company. United provided a process by which Technicians could submit a Reasonable Accommodation Policy ("RAP") request for a religious or medical exemption to the vaccination mandate and established an August 31, 2021 deadline to do so. Numerous Technicians applied for the exemption on either a religious or medical basis. Since about September 10, 2021, United has been notifying Technicians if their exemption applications have been approved or denied. United's communications with Technicians regarding their approval status has included emails and messages on its employee intranet portal "Flying Together."

United, through such communications, has announced that effective October 2, 2021, Technicians approved for a religious or medical exemption will be placed on various forms of involuntary, indefinite, and unpaid leave, and lose a variety of benefits, for up to 12 months. Such Technicians have not sought leave of any kind or any duration and are being placed on involuntary and unpaid leave, with the accompanying loss of other benefits, against their will.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
| --- | --- |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Sep 22, 2021<br>Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
| Charging Party Signature<br>David Bourne, IBT Airline Division Director | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |
| | State or local Agency, if any | and EEOC |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Technicians approved for a religious exemption to the vaccination have been informed that they will be placed on involuntary, indefinite, and unpaid personal leave effective October 2, 2021. While on personal leave, Technicians will suffer a loss of wages, cease to accrue vacation and sick leave, be denied use of sick leave or vacation time already earned, be denied a pay out for sick leave already earned if they separate from the Company before being recalled, will cease accruing seniority on the 91st day of personal leave if not yet recalled, will be denied pass travel, will be forbidden to retire from personal leave status, and will have their medical coverage discontinued after the end of the month in which the Technician begins personal leave, among other worsened employment conditions.

As described above, IBT-represented Technicians have been and are being discriminated and retaliated against based on religion in violation of Title VII of Civil Rights Act of 1964 ("CRA").

Technicians approved for a medical exemption to the vaccination have been informed that they will begin using their sick bank leave effective October 2, 2021 and will thereafter transition to involuntary, indefinite, and unpaid Extended Illness ("EIS") leave when their sick bank is exhausted (unless they elect to immediately transition to EIS leave). While on EIS leave, Technicians will suffer a loss of wages, will cease to accrue vacation or sick leave, and will be denied company provided life insurance and a host of other benefits after the end of the calendar month from when leave begins, among other worsened employment conditions.

As described above, IBT-represented Technicians have been and are being discriminated and retaliated against based on disability in violation of Title I of the Americans with Disabilities Act of 1990 ("ADA").

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Sep 22, 2021 _____<br>Date          Charging Party Signature<br>David Bourne, IBT Airline Division Director | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL  60604
Chicago Direct Dial:  (312) 872-9777
Website:  www.eeoc.gov

EEOC Charge Number:                                541-2022-01164

David A Wolfe                                         Charging Party
1610 Ajax St
Strasburg, Colorado, 80136


vs.


United Airlines                                      Respondent
233 South Wacker Drive
Chicago, IL 60606


## DETERMINATION


Under the authority vested in me by the U.S. Equal Employment Opportunity Commission's ("Commission") Procedural Regulations, I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended (Title VII).

Respondent is an employer within the meaning of Title VII, and all requirements for coverage have been met.

The above-referenced Charging Party alleges they were discriminated against by Respondent based on their religion, by being denied a religious reasonable accommodation, in violation of Title VII. Charging Party also alleges Respondent discriminated against them in retaliation for engaging in protected activity by discharging them, in violation of Title VII.

I have determined that the evidence obtained in the investigation establishes reasonable cause to believe that since September 2021 to March 2022, Respondent discriminated against a class or employees nationwide, including Charging Party, based on their religions by denying them religious accommodations and/or subjecting them to subsequent discriminatory actions such as unpaid leaves, discharge and/or constructive discharge, in violation of Title VII.

The Commission makes no other findings at this time regarding any other basis, issue, or statute alleged in this charge.

Charge No.: 541-2022-01164
Page 2

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Anything said or done during the conciliation process will be kept confidential by the Commission and, subject to limited exceptions set out in the Commission's Procedural Regulations (29 CFR Part 1601.26), may not be used by participants in a subsequent proceeding, including litigation on this charge, without the consent of all parties.

If Respondent wishes to accept this invitation to participate in conciliation efforts, please notify Investigator Robert Wilk at robert.wilk@eeoc.gov and/or (312) 872-9724 within 14 days. Respondent is encouraged to include proposed terms for a conciliation agreement. The remedies for violations of the statutes we enforce are designed to make the identified victims whole and to provide corrective and preventative relief. These remedies may include, as appropriate, an agreement by Respondent not to engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, front pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation(s) and the resolution of the claim.

Should Respondent have further questions regarding the conciliation process, or the conciliation terms it would like to propose, please contact the investigator identified above. Should there be no response from Respondent within 14 days, we may conclude that further conciliation efforts in this matter would be futile or non-productive.

On Behalf of the Commission,

08/21/2025
_____
Date

_____
Amrith Kaur Aakre
District Director